```
                    UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                               :
          vs.                  :   No. 4:03-CR-364-01
                               :
JESSE L. SPARKS                :   (Judge Muir)
```

**ORDER**

June 15, 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The purpose of this order is to correct a typographical error in our order of May 19, 2005.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

On page 11, line 24, the citation "918 F.3d 1084 (3d Cir. 1990)" is amended to "918 F.2d 1084 (3d Cir. 1990)".

```
                              s/Malcolm Muir
                              _____
                              MUIR, U.S. District Judge
```

MM:gs